UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA, TAMPA DIVISION

IN RE:
DANNY LEE HOLLIS
MARIANN THERESA HOLLIS,

USBC NO. 10-10595-8C3
CHAPTER 13

Debtors./

RESPONSE TO WELLS FARGO BANK, NA'S
MOTION FOR RELIEF FROM STAY

The Debtors, **Danny Lee Hollis and Mariann Theresa Hollis**, through undersigned counsel, hereby file this **Response to Wells Fargo Bank, NA's Motion for Relief from Stay** and in support thereof state:

1. On **May 3, 2010**, the Debtors filed for Relief under **Chapter 13** of the United States Bankruptcy Code for the purpose of reorganizing burdensome debt.

2. The Debtors' Chapter 13 Plan proposes to surrender **homestead real estate** located at 7190 Quail Hollow Boulevard, Wesley Chapel, FL 33544, which is the subject of the Creditor's Motion for Relief from Stay.

3. The Debtors do not object to entry of an Order granting of relief from stay **in rem**, but not in personam.

4. The Debtors would object to any deficiency claim filed by this Creditor.

**WHEREFORE**, the Debtors respectfully request that this Honorable Court enter an Order consistent with the pleadings and grant such other and further Relief as the Court deems proper and just.

Respectfully submitted this 18 day of May, 2010.

JAMIE K. PROCTOR, ESQ.
FBN: 0849197
JAMIE K. PROCTOR, P.A.
4121 N. Armenia Ave.
Tampa, FL 33607
(813) 353-9646 Tel.
(813) 353-9545 Fax

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing **Response to Motion for Relief from Stay** has been furnished by either Regular U.S. Mail or Electronic Notice this 18 day of May, 2010, to **U.S. Trustee**, 501 E. Polk Street, Ste. 1200, Tampa, FL 33602; **Jon M. Waage, Chapter 13 Trustee**, P.O. Box 25001. Bradenton, FL 34206-5001; **Noah S. Buege, Esq., Florida Default Law Group, P.L., Attorneys for Movant**, P.O. Box 25018, Tampa, FL 33622-5018; and **Danny Lee Hollis and Mariann Theresa Hollis**, 34001 Madison Avenue, Ridge Manor, FL 33523.

JAMIE K. PROCTOR, ESQ.
FBN: 0849197
JAMIE K. PROCTOR, P.A.
4121 N. Armenia Avenue
Tampa, FL 33607
TEL (813) 353-9646
FAX (813) 353-9546